AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Luis Enrique Sanchez, on behalf of himself and all other persons similarly situated, known and unknown,

V.

Atrium, Inc., Jorge Mendez d/b/a Karla Landscaping, and Kathleen Brunch, individually

CASE NUMBER: 07 C 6616

ASSIGNED JUDGE: Aspen

DESIGNATED MAGISTRATE JUDGE: Denlow

TO: (Name and address of Defendant)

Jorge Mendez d/b/a Karla Landscaping
2138 W. 22nd PL
Chicago, IL 60608

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Douglas M. Werman
Werman Law Office, P.C.
77 W. Washington Street, Suite 1402
Chiacago, IL 60602

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DEC 0 7 2007

DATE

ClientCaseID:  JACQUELINE
Law Firm ID:   WERMAN


*170850A*

CaseReturnDate:  1/10/08

Affidavit of SPECIAL PROCESS SERVER

## UNITED STATES DISTRICT COURT

Case Number **07C6616**

**I, LARUE BEY**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## PERSONAL SERVICE

THAT I SERVED THE WITHIN     **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED DEFENDANT     **JORGE MENDEZ d/b/a KARLA LANDSCAPING**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT PERSONALLY     **12/11/07**
THAT I SERVED THE FOLLOWING: SUMMONS, COMPLAINT, ORDER ENTERED ON 11/27/07, AND THE ATTORNEYS LIENS.

That the sex, race and approximate age of the person whom I left the  **SUMMONS AND COMPLAINT**
are as follow:   **Sex** MALE   **Race** HISPANIC   **Age** 40s

**Height** 5'6"    **Build** AVERAGE    **Hair** BLACK

LOCATION OF SERVICE   **2138 W 22ND PL**
**CHICAGO, IL, 60608**

Date Of Service   **12/11/07**     Time of Service   **9:01 PM**

LARUE BEY                                12/13/2007
**SPECIAL PROCESS SERVER**
PERC # 129-299771

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.