KC FILED
DEC 2 8 2007
DEC 23, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**Plaintiff(s)**

Luis Sanchez

v.

**Defendant(s)**

Jorge Mendez
Karla Landscaping

Case No. 07 C 6616

Judge: Aspen
Judge: Kenlow

Answer:
I deny not paying overtime

Jorge Mendez

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

_Luis Sanchez_
**PLAINTIFF**

CASE NO. _07 C 6616_

VS.

_Grey Mendey Horla_
**DEFENDANT**

## PROOF OF SERVICE

TO: _Douglas Herman_
_77 W. Washington St._
_Chicago, Il. 60602_

TO: _____

TO: _____

I, the undersigned (plaintiff / ~~defendant~~) certify that on the _28th_ day of _December_ 2007 I served a copy of this _answer_ to each person whom it is directed by way of _____

Name _Grey Mendey_
Address _2138 West 22nd pl._
City/Zip _Chicago, Il._