IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LUIS ENRIQUE SANCHEZ, on behalf of himself and all other persons similarly situated known and unknown, ) ) ) ) ) Plaintiff, ) ) v. ) ) ) ATRIUM, INC., JORGE MENDEZ d/b/a KARLA ) LANDSCAPING, and KATHLEEN BRUNCH, ) individually, ) ) Defendants. ) | Case No. 07 C 6616<br><br>Judge Aspen<br><br>Magistrate Judge Denlow |

**PLAINTIFF'S VERIFIED MOTION FOR LEAVE TO ALLOW
ALTERNATE SERVICE OF COMPLAINT**

Plaintiff, through his attorneys, respectfully request leave pursuant to Fed. R. Civ. P 4(e)(1) and 735 ILCS 5/2-203.1 to allow alternate service of his Complaint on Defendants Atrium, Inc. and Kathleen Brunch. In support of this motion, Plaintiff's Counsel submits his Declaration as Exhibit A, and Plaintiff states as follows.

1. This lawsuit arises under the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.* ("FLSA"), the Illinois Minimum Wage Law, 820 ILCS 105/1 *et seq.* ("IMWL"), and the Illinois Wage Payment and Collection Act, 820 ILCS 115/1 *et seq.* ("IWPCA"), for Defendants' failure to pay overtime wages to Plaintiff and other similarly situated employees.

2. Plaintiff has made diligent efforts to obtain service on Defendants Atrium, Inc. and Kathleen Brunch by personal service, but as detailed below have not been successful. Werman Decl. ¶3. Thus, Plaintiff now seeks leave to serve Defendants Atrium, Inc. and Kathleen Brunch by alternative means pursuant to Rule 4(e)(1) and 735 ILCS 5/2-203.1.

3. Plaintiff has made diligent efforts to serve Defendants Atrium, Inc. and Kathleen

1

Brunch as follows:

    a.    On August 24, 2007, Plaintiff's counsel sent a demand letter via certified mail to Kathleen Brunch, Defendant and Registered Agent of Defendant Atrium. Said demand letter was returned to Plaintiff's counsel as "Return to Sender, Unclaimed, Unable to Forward". See Exhibit B, attached hereto. Since the aforementioned demand letter was returned unclaimed, when Plaintiff's counsel filed this lawsuit a summons was issued immediately as oppose to sending a Notice of Lawsuit and Waiver of Service of Summons.

    b.    On December 7, 2007, Plaintiff's counsel had a summons issued to Defendants. See Group Exhibit C, attached hereto. A copy of the summons was given to Stern Process & Investigation, LLC, licensed process servers, on December 7, 2007. The process server, Michael P. Feehan, attempted service on Defendants Atrium, Inc. and Kathleen Brunch on the following dates and times:

    1.    December 12, 2007 at 8:40 p.m.;

    2.    December 13, 2007 at 2:50 p.m.;

    3.    December 15, 2007 at 7:10 a.m.;

    4.    December 22, 2007 at 2:00 p.m.; and

    5.    December 26, 2007 at 10:50 a.m.;

See the Affidavit of Michael P. Feehan, attached hereto as Exhibit D. According to Feehan, he made attempts on the dates listed above and there was no answer at the door on any attempts. On an attempt, one of the vehicles in the driveway had Illinois license plates and said vehicle was registered to the Defendant Atrium.

    4.    As a result of Plaintiff's inability to obtain service, Plaintiff now seeks leave pursuant to Fed. R. Civ. P. 4(e)(1) and 735 ILCS 5/2-203.1, to allow alternate service of his Complaint on

Defendants Atrium, Inc. and Kathleen Brunch. Plaintiff requests leave to allow service on Defendants Atrium, Inc. and Kathleen Brunch by the following alternative means:

    a.    Serving Defendants by United States Mail;

    b.    Serving Defendants by United States Certified Mail.

Plaintiff will also include a copy of the Court's Order allowing service by alternative means. Such process is consistent with the Laws of the State of Illinois, 735 ILCS 5/2-203.1, and is consistent with due process.

5.    For the foregoing reasons, Plaintiff requests that this Motion to Allow Alternative Service be granted.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff leave to allow alternate service of his Complaint on Defendants Atrium, Inc. and Kathleen Brunch.

                                      Respectfully submitted

Dated: January 3, 2008

                                s/Douglas M. Werman
                                Douglas M. Werman (ARDC#6204740)
                                Maureen A. Bantz (ARDC #6289000)
                                Werman Law Office, P.C.
                                77 W. Washington, Suite 1402
                                Chicago, Illinois 60602
                                (312) 419-1008

                                Attorneys for Plaintiff

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LUIS ENRIQUE SANCHEZ, on behalf of himself and all other persons similarly situated known and unknown, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 07 C 6616 |
| v. | ) ) | Judge Aspen |
| ATRIUM, INC., JORGE MENDEZ d/b/a KARLA LANDSCAPING, and KATHLEEN BRUNCH, individually, | ) ) ) ) | Magistrate Judge Denlow |
| Defendants. | ) ) | |

## DECLARATION OF DOUGLAS M. WERMAN ATTESTING TO SERVICE BY ALTERNATIVE MEANS

Douglas M. Werman, being first duly sworn on oath, deposes and states under penalty of perjury the following:

1. I was admitted to practice law in the State of Illinois in 1990. Since April, 2001, I have been a principal in Werman Law Office, P.C. f/k/a Law Offices of Douglas M. Werman. During the entire course of my legal practice, I have practiced primarily in the area of labor and employment law. Since 2001, my practice has been highly concentrated in representing employees in Fair Labor Standards Act ("FLSA") cases in the State and Federal Courts.

2. I am admitted to practice before the following courts: the United States Court of Appeals for the Seventh Circuit, the United States District Courts for the Northern and Central District of Illinois, the United States District Court for the Northern District of Indiana, and the United States District Court for the Western District of Michigan.

3. Plaintiff has made diligent efforts to obtain service on Defendants Atrium, Inc. and Kathleen Brunch by personal service, but has been unsuccessful.

4.  In my capacity as Plaintiff's Counsel in the captioned matter, I have personal knowledge of the following facts:

   a.  On August 24, 2007, Plaintiff's counsel sent a demand letter via certified mail to the Registered Agent of Defendant Atrium Kathleen Brunch. Said demand letter was returned to Plaintiff's counsel as "Return to Sender, Unclaimed, Unable to Forward". See Exhibit A, attached hereto. Since the aforementioned demand letter was returned unclaimed, when Plaintiff's counsel filed this lawsuit a summons was issued immediately as oppose to sending a Notice of Lawsuit and Waiver of Service of Summons.

   b.  On December 7, 2007, Plaintiff's counsel had a summons issued to Defendants. See Group Exhibit B, attached hereto. A copy of the summons was given to Stern Process & Investigation, LLC, licensed process servers, on December 7, 2007. The process server, Michael P. Feehan, attempted service on Defendants Atrium, Inc. and Kathleen Brunch on the following dates and times:

   1.  December 12, 2007 at 8:40 p.m.;
   2.  December 13, 2007 at 2:50 p.m.;
   3.  December 15, 2007 at 7:10 a.m.;
   4.  December 22, 2007 at 2:00 p.m.; and
   5.  December 26, 2007 at 10:50 a.m.;

See the Affidavit of Michael P. Feehan, attached hereto as Exhibit C. According to Feehan, he made attempts on the dates listed above and no answer at the door on any attempts. On one attempt, one of the vehicles in the driveway had Illinois license plates and said vehicle is registered to Atrium Company.

5.  I am not suffering any impediments and am competent to testify to all of the

foregoing.

6. Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Douglas M. Werman

I declare under penalty of perjury that the foregoing is true and correct.

Date: January 4, 2008

_____
Douglas M. Werman

# EXHIBIT B

**$5.21⁰**
US POSTAGE
FIRST-CLASS
062S0005244139
60602

CERTIFIED MAIL™

7007 0710 0002 1565 0535

Kathleen Bruch
4313 Central Ave.
Western Springs Il 60558

NIXIE      605   DE 1        00 09/18/07
             RETURN TO SENDER
              UNCLAIMED
           UNABLE TO FORWARD
BC: 60502949952    *1542-01622-24-45



Werman
LAW OFFICE P.C.

77 WEST WASHINGTON STREET | SUITE 1402
CHICAGO, ILLINOIS 60602

# EXHIBIT C

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Luis Enrique Sanchez, on behalf of himself and all other persons similarly situated, known and unknown,

V.

Atrium, Inc., Jorge Mendez d/b/a Karla Landscaping, and Kathleen Brunch, individually

CASE NUMBER: 07 C 6616

ASSIGNED JUDGE: Aspen

DESIGNATED MAGISTRATE JUDGE: Denlow

TO: (Name and address of Defendant)

Atrium, Inc.
c/o Reg. Agent, Kathleen Brunch
4313 Central Ave.
Western Springs, IL 60558

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Douglas M. Werman
Werman Law Office, P.C.
77 W. Washington Street, Suite 1402
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

DAVID JOZWIAK
(By) DEPUTY CLERK

DEC 0 7 2007
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
　　　　　　　　Date　　　　　　　　　　　　Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Luis Enrique Sanchez, on behalf of himself and all other persons similarly situated, known and unknown,

V.

Atrium, Inc., Jorge Mendez d/b/a Karla Landscaping, and Kathleen Brunch, individually

CASE NUMBER: 07 C 6616

ASSIGNED JUDGE: Aspen

DESIGNATED MAGISTRATE JUDGE: Denlow

TO: (Name and address of Defendant)

Kathleen Brunch
4313 Central Ave.
Western Springs, IL 60558

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Douglas M. Werman
Werman Law Office, P.C.
77 W. Washington Street, Suite 1402
Chiacago, IL 60602

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DEC 0 7 2007

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                              Date                                          *Signature of Server*


_____
*Address of Server*

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# EXHIBIT D

ClientCaseID: JACQUELINE
Law Firm ID: WERMAN

CaseReturnDate: 1/10/08

**Affidavit of Special Process Server**

## UNITED STATES DISTRICT COURT

Case Number **07C6616**

I, **MICHAEL P. FEEHAN**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

# NON-SERVICE

DEFENDANT NAME **ATRIUM, INC.**
I HAVE ATTEMPTED TO SERVE     **SUMMONS AND COMPLAINT**
AT THE LOCATION   **4313 CENTRAL AVE.**                                **WESTERN SPRINGS, IL, 60558**
BEING A             **SINGLE FAMILY HOME**
ON THE DEFENDANT ON THIS CAUSE AND HAVE BEEN UNABLE TO SERVE BECAUSE:

Attempts made on 12/12/07 @ 8:40pm, 12/13/07 @ 2:50pm, 12/15/07 @ 7:10am, 12/22/07 @ 2pm, and 12/26/07 @ 10:50am. No answer at the door on any attempts.

Different vehicles were in driveway on all attempts. One of the vehicles ('03 Ford Explorer w/Illinois plate #4967129) is registered to Atrium Company. The neighbor does not know people living there.

Please reissue for further attempts.

Unable to serve the following: summons, complaint, order entered on 11/27/07, and the attorneys liens.

Date Of Last Attempt **12/26/07**          Time     **10:50 AM**

MICHAEL P. FEEHAN                              12/27/2007
**Special Process Server**
P.E.R.C. #129-157466

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

**ClientCaseID:** JACQUELINE  
**Law Firm ID:** WERMAN



**CaseReturnDate:** 1/10/08

**Affidavit of Special Process Server**

## UNITED STATES DISTRICT COURT
Case Number **07C6616**

**I, MICHAEL P. FEEHAN**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## NON-SERVICE

DEFENDANT NAME **KATHLEEN BRUNCH, INDIVIDUALLY**  
I HAVE ATTEMPTED TO SERVE    **SUMMONS AND COMPLAINT**  
AT THE LOCATION   **4313 CENTRAL AVE.**          **WESTERN SPRINGS, IL, 60558**  
BEING A        **SINGLE FAMILY HOME**  
ON THE DEFENDANT ON THIS CAUSE AND HAVE BEEN UNABLE TO SERVE BECAUSE:

Attempts made on 12/12/07 @ 8:40pm, 12/13/07 @ 2:50pm, 12/15/07 @ 7:10am, 12/22/07 @ 2pm, and 12/26/07 @ 10:50am. No answer at the door on any attempts.

Different vehicles were in driveway on all attempts. One of the vehicles ('03 Ford Explorer w/Illinois plate #4967129) is registered to Atrium Company. The neighbor does not know people living there.

Please reissue for further attempts.

Unable to serve the following: summons, complaint, order entered on 11/27/07, and the attorneys liens.

**Date Of Last Attempt**   **12/26/07**              Time       **10:50 AM**

MICHAEL P. FEEHAN                    12/27/2007  
**Special Process Server**  
P.E.R.C. #129-157466

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing **Plaintiff's Verified Motion for Leave to Allow Alternate Service of Complaint** was served via regular U.S. mail on January 4, 2008 on:

Atrium, Inc.
c/o Reg. Agent, Kathleen Brunch
4313 Central Ave.
Western Springs, IL 60558

and

Kathleen Brunch
4313 Central Ave.
Western Springs, IL 60558

and

Jorge Mendez d/b/a Karla Landscaping
2138 W. 22nd PL
Chicago, IL 60608

s/Douglas M. Werman
Douglas M. Werman