IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LUIS ENRIQUE SANCHEZ, on behalf of himself and all other persons similarly situated known and unknown, ) ) ) ) ) | |
| Plaintiff, ) ) | Case No. 07 C 6616 |
| v. ) ) | Judge Aspen |
| ATRIUM, INC., JORGE MENDEZ d/b/a KARLA LANDSCAPING, and KATHLEEN BRUNCH, individually, ) ) ) ) ) | Magistrate Judge Denlow |
| Defendants. ) | |

## NOTICE OF MOTION

TO:   See attached Certificate of Service

PLEASE TAKE NOTICE that on January 17, 2008, at 10:30 a.m., we shall appear before Judge Aspen, in the Courtroom usually occupied by him in the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Plaintiff's Verified Motion for Leave to Allow Alternate Service of Complaint**, a copy of which is attached hereto and hereby served upon you.

Dated: January 3, 2008

Respectfully submitted,

s/Douglas M. Werman
DOUGLAS M. WERMAN(#6204740)
MAUREEN A. BANTZ (#6289000)
Werman Law Office, P.C.
77 W. Washington, Suite 1402
Chicago, Illinois 60602
312/419-1008
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing **Plaintiff's Verified Motion for Leave to Allow Alternate Service of Complaint** was served via regular U.S. mail on January 4, 2008 on:

Atrium, Inc.
c/o Reg. Agent, Kathleen Brunch
4313 Central Ave.
Western Springs, IL 60558

and

Kathleen Brunch
4313 Central Ave.
Western Springs, IL 60558

and

Jorge Mendez d/b/a Karla Landscaping
2138 W. 22nd PL
Chicago, IL 60608

s/Douglas M. Werman
Douglas M. Werman