UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Luis Enrique Sanchez
                            Plaintiff,

v.                                                       Case No.: 1:07−cv−06616
                                                           Honorable Marvin E. Aspen

Atrium, Inc., et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 24, 2008:

      MINUTE entry before Judge Marvin E. Aspen :Status hearing held on 1/24/08. Motion hearing held on plaintiff's verified motion for leave to allow alternate sevice of complaint [10]. FOr the reasons stated in open court, the motion is terminated as moot. Motion terminated. Defendants oral motion for thirty days in which to respond or otherwise plead to plaintiff's complaint is granted. Status hearing is continued to 2/21/2008 at 10:30 AM. Parties are to report on settlement and file a joint discovery plan prior to the status date, with a courtesy copy to chambers, Room 2578.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.