**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
Eastern Division**

Luis Enrique Sanchez
                          Plaintiff,

v.                                           Case No.: 1:07−cv−06616
                                                 Honorable Marvin E. Aspen

Atrium, Inc., et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 19, 2008:

      MINUTE entry before Judge Marvin E. Aspen dated 2/19/08:The status hearing set for 2/21/08 is reset to 3/11/2008 at 10:30 AM. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.