IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LUIS ENRIQUE SANCHEZ, on behalf of himself and all other persons similarly situated known and unknown,<br><br>       Plaintiff,<br><br>v.<br><br>ATRIUM, INC., JORGE MENDEZ d/b/a KARLA LANDSCAPING, and KATHLEEN BRUNCH, individually,<br><br>       Defendants. | Case No. 07 C 6616<br><br>Judge Aspen<br><br>Magistrate Judge Denlow |

## STIPULATION OF DISMISSAL

Plaintiff Luis Enrique Sanchez, by his attorneys, Werman Law Office, P.C., hereby stipulates that the above case be dismissed with prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

                                                     By: s/Douglas M. Werman
                                                          Attorney for Plaintiff

Douglas M. Werman
Maureen A. Bantz
Werman Law Office, P.C.
77 West Washington Street, Suite 1402
Chicago, IL 60602
(312) 419-1008