IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LUIS ENRIQUE SANCHEZ, on behalf of himself and all other persons similarly situated known and unknown, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 07 C 6616 |
| v. | ) ) | Judge Aspen |
| ATRIUM, INC., JORGE MENDEZ d/b/a KARLA LANDSCAPING, and KATHLEEN BRUNCH, individually, | ) ) ) ) | Magistrate Judge Denlow |
| Defendants. | ) | |

## NOTICE OF FILING

TO:   Todd D. Steenson
  Holland & Knight, LLP
  131 S. Dearborn Street, 30th Floor
  Chicago, IL 60603

**PLEASE TAKE NOTICE** that on March 10, 2008 we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, **Stipulation of Dismissal**, a copy of which is attached hereto.

Respectfully submitted,

s/Douglas M. Werman
Douglas M. Werman (ARDC #6204740)
Maureen A. Bantz (ARDC# 6289000)
Werman Law Office, P.C.
77 W. Washington, Suite 1402
Chicago, Illinois 60602
(312) 419-1008

Attorneys for Plaintiffs